■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID CLARKE, Appellant. [707 NYS2d 322] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered November 7, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's challenge to the court's charge requires preservation (*see, People v Thomas*, 50 NY2d 467) and we decline to review this unpreserved claim in the interest of justice. Were we to review this claim, we would find that the charge did not impose an affirmative obligation on any juror to articulate to the other jurors the basis for reasonable doubt or shift the burden of proof.

We perceive no abuse of sentencing discretion. Concur—Sullivan, P. J., Nardelli, Tom, Wallach and Lerner, JJ.

■ In the Matter of MERVALINE BARKSDALE, Respondent, v ERROLL MEDINA, Appellant. [707 NYS2d 322] —Order, Family Court, Bronx County (Clark Richardson, J.), entered on or about July 9, 1999, which, insofar as appealed from as limited by respondent father's brief, denied respondent's motion to vacate a prior order, same court (Marjory Fields, J.), entered on or about May 20, 1999, temporarily changing the subject child's custody from respondent to petitioner maternal grandmother upon a finding of extraordinary circumstances and directing a hearing on the child's best interests, unanimously affirmed, without costs.

Respondent's arrest on weapons charges constituted extraordinary circumstances justifying a temporary change of custody pending a hearing on the child's best interests. Concur—Sullivan, P. J., Nardelli, Tom, Wallach and Lerner, JJ.